THE CITIZENS' BANK OF GEORGIA *et al. vs.* COOK; STEWART *et al. vs.* ROSS *et al.,* adm'rs; McELFRESH *et al. vs.* THE MAYOR, ETC., OF CARROLLTON.

The discretion of the chancellor in granting or refusing an injunction, or in appointing or refusing to appoint a receiver, will not be controlled unless abused, or unless some well settled principle of law or equity be violated.

WARNER, Chief Justice.

---

PACE *vs.* THE STATE OF GEORGIA.

1. Newly discovered testimony the effect of which is merely to impeach a witness, unsupported, too, by the affidavit of the party and the counsel that they did not know of its existence at the trial, will not avail to secure the grant of a new trial.
2. The evidence of the accomplice is corroborated by other witnesses, and the verdict is not contrary to law or to the weight of the testimony.

JACKSON, Justice.

---

CRUCE *vs.* THE STATE OF GEORGIA.

When the only error assigned in a bill of exceptions is the overruling of a motion for a new trial, and the record contains no such motion, the judgment will be affirmed.

WARNER, Chief Justice.